IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY WAYNE LANIER,

    Petitioner,

v.                                          Case No.: 3:13cv37/MCR/CJK

ANTHONY PATTERSON,

    Respondent.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's report and recommendation dated February 25, 2013. (Doc. 6). The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED**:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The petitioner's habeas corpus petition (doc. 1) is **DISMISSED** for lack of subject-matter jurisdiction.

3. The clerk is directed to close the file.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 11th day of March, 2013.

                                                    *s/ M. Casey Rodgers*
                                                    **M. CASEY RODGERS**
                                                    **CHIEF UNITED STATES DISTRICT JUDGE**